COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| MARGARET CAROLYN SNIDER, | § | No. 08-12-00050-CR |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 1 |
| THE STATE OF TEXAS, | § | of Parker County, Texas |
| Appellee. | § | (TC # CCL1-09-0687) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF DECEMBER, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.